DOWNEY BRAND LLP
JOHN C. MCCARRON (Bar No. 225217)
SAMUEL E. BIVINS (Bar No. 300965)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
jmccarron@downeybrand.com
sbivins@downeybrand.com

KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
K. CHRIS TODD (*pro hac vice*)
MINSUK HAN (Bar No. 314035)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:     (202) 326-7900
Facsimile:      (202) 326-7999
ctodd@kellogghansen.com
mhan@kellogghansen.com

Attorneys for Plaintiff
ERIKSSON, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKSSON, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>LOVELAND PRODUCTS, INC., a Colorado corporation; and DOES 1 to 20, inclusive,<br><br>            Defendants. | Case No. 1:20-CV-000703-DAD-SKO<br><br>**JOINT MOTION AND ORDER TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE**<br><br>**(Doc. 14)**<br><br>Date:      July 21, 2020<br>Time:     9:30 am<br>Crtrm:    5<br><br>Related Case: No. 1:20-CV-00464-AWI-SAB |

Plaintiff Eriksson, LLC ("Eriksson") and Defendant Loveland Products, Inc. ("LPI" and collectively with Eriksson referred to as the "Parties"), hereby jointly move the Court to continue

1646465v1                                                              1

the Scheduling Conference until the first available hearing date at least twenty-eight (28) days after the Court's ruling on Plaintiff's Motion to Remand currently pending (ECF No. 8) and state as follow:

1. On May 20, 2020, the Court set the Mandatory Scheduling Conference for this case to be held on August 4, 2020.  ECF No. 3.  Under Federal Rule of Civil Procedure 26(f)(1), the Parties shall have a Rule 26(f) conference no later than July 14, 2020 and file a Joint Scheduling Report no later than July 28, 2020.

2. On June 2, 2020, Plaintiff filed a Motion to Remand the case to the California Superior Court for the County of Fresno.  ECF No. 8.  The hearing for that motion is set for July 21, 2020.  ECF No. 12.

3. In the event that the Court grants the Motion to Remand, it would obviate the need for the Rule 26(f) conference, the Joint Scheduling Report, and the Mandatory Scheduling Conference altogether.

4. In the event that the Court denies the Motion to Remand, the relief hereby sought would allow the Parties one week to conduct a Rule 26(f) conference.

5. The Parties therefore jointly move and request that the Court continue the scheduling conference until the first available hearing date that is at least twenty-eighty (28) days after the Court has ruled on Plaintiff's Motion to Remand.

| | | |
|---|---|---|
| 1 | Dated:  July 13, 2020 | /s/ John C. McCarron___ |
| 2 | | John C. McCarron (SBN:  225217)<br>Samuel E. Bivins (SBN:  300965) |
| 3 | | DOWNEY BRAND LLP<br>621 Capitol Mall, 18th Floor |
| 4 | | Sacramento, CA  95814-4731<br>Tel: (916) 444-1000 |
| 5 | | Fax: (916) 444-2100<br>jmccarron@downeybrand.com |
| 6 | | sbivins@downeybrand.com |
| 7 | | Chris Todd (*pro hac vice*) |
| 8 | | Minsuk Han (Bar No. 314035)<br>KELLOGG, HANSEN, TODD, |
| 9 | | FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400 |
| 10 | | Washington, D.C. 20036<br>Telephone:    (202) 326-7900 |
| 11 | | Facsimile:    (202) 326-7999<br>ctodd@kellogghansen.com |
| 12 | | mhan@kellogghansen.com |
| 13 | | *Attorneys for Plaintiff Eriksson, LLC* |
| 14 | | |
| 15 | Dated:  July 13, 2020 | /s/ Jennifer Schrack Dempsey_____<br>Jennifer Schrack Dempsey (SBN 190402) |
| 16 | | ANDERSEN    SCHWARTZMAN    WOODARD<br>DEMPSEY, PLLC |
| 17 | | 101 S. Capitol Blvd., Ste. 1600<br>Boise, ID 83702 |
| 18 | | Tel: (208) 342-4411<br>Fax: (208) 342-4455 |
| 19 | | jsd@aswdpllc.com<br>*Attorneys for Defendant Loveland Products, Inc.* |

1646465v1

3

**ORDER**

Having reviewed the parties' above "Joint Motion to Continue the Mandatory Scheduling Conference" (Doc. 14), and for good cause shown, the Court GRANTS the Joint Motion requesting that the Scheduling Conference be continued in light of the pending motion to remand (Doc. 8).

Accordingly, the Scheduling Conference, currently set for August 4, 2020, is **CONTINUED to November 5, 2020, at 9:30 a.m.** before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report by no later than October 29, 2020.

IT IS SO ORDERED.

Dated:  **July 15, 2020**                                    /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE